1
2                                                                    JS - 6
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11   CARLOS M. MARTIR,              )   Case No. CV 10-6577-MMM (SP)
                                     )
12              Petitioner,          )
                                     )
13         v.                        )        **JUDGMENT**
                                     )
14   MATTHEW CATE,                   )
                                     )
15              Respondent.          )
     _____        )
16

17        Pursuant to the Order Accepting Findings and Recommendation of United
18   States Magistrate Judge,
19        IT IS HEREBY ADJUDGED that the Petition is denied and this action is
20   dismissed with prejudice.
21
22   Dated: September 30, 2013
23
24   _____
25   HONORABLE MARGARET M. MORROW
     UNITED STATES DISTRICT JUDGE
26
27
28